1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **SOUTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        vs.<br><br>HERLIN BAYARDO MORENO-<br>MARADIAGA (1),<br><br>                Defendant. | Case No. 19-CR-2531-BAS<br><br>**JUDGMENT AND ORDER<br>GRANTING GOVERNMENT'S<br>MOTION TO DISMISS<br>INDICTMENT WITH PREJUDICE** |

        Pending before the Court is the United States of America's motion to dismiss the Indictment with prejudice.  Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITH PREJUDICE** the Indictment against Herlin Bayardo Moreno-Maradiaga.

        **IT IS SO ORDERED.**

Dated:   July 29, 2019

_____
Hon. Cynthia Bashant
United States District Judge